B6B (Official Form 6B) (12/07)

In re  Billy Oliver Turnbow,  Case No. __10-12940__
       Cynthia Lee Turnbow
                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Miscellaneous Cash on Hand | - | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Umpqua Bank Checking Account | - | 2,500.00 |
| | | Umpqua Business Checking | - | 700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Plasma TV | - | 1,000.00 |
| | | Miscellaneous Household Goods and Furnishings | - | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous Books, Pictures and Other Art Objects | - | 200.00 |
| | | Miscellaneous CD's and DVD's | - | 200.00 |
| 6. Wearing apparel. | | Miscellaneous Wearing Apparel | - | 200.00 |
| 7. Furs and jewelry. | | Miscellaneous Jewelry | - | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous sports equipment | - | 200.00 |
| | | Work camera | - | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Husband's term life insurance policy | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   10,220.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re  **Billy Oliver Turnbow,**  Case No. __10-12940__
      **Cynthia Lee Turnbow**
      _____,
      Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | The Co-Debtor is a realtor who works out of Coldwell Banker, Brokers of the Valley. The business has little or no tradename and goodwill value as it is not the co-debtor's trade name. There are no current accounts receivable; however, the co-debtor has three escrows currently open. The debtor believes that one of these escrows will close with a commission in the approximate amount of $13,600. However, a portion of this escrow is for post-petition work. It is unclear whether either of the other two escrows will, in fact, close. The debtor's best estimate of value of these escrows, given the likelihood of closing, and portion of post petition work is scheduled here. | - | 14,600.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    14,600.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Case: 10-12940    Doc# 13    Filed: 08/18/10    Entered: 08/18/10 17:14:13    Page 2 of 8

B6B (Official Form 6B) (12/07) - Cont.

In re **Billy Oliver Turnbow,**
**Cynthia Lee Turnbow**
                                              Debtors

Case No. **10-12940**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Leased 2005 Chevy Tahoe ($16,455.00 vehicle value per Kelly Blue Book, debtors owe $12,976.21 on the lease)** | - | 3,478.79 |
| | | **25' Pontoon Boat and Trailers** | - | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous business equipment including copiers, etc.** | - | 800.00 |
| | | **Misc. Office Equipment, Computer, Furniture, & Supplies used in co-debtor's business.** | - | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Poodle & 1 Chihuahua** | - | 1.00 |
| | | | Sub-Total > (Total of this page) | 15,779.79 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

Case: 10-12940   Doc# 13   Filed: 08/18/10   Entered: 08/18/10 17:14:13   Page 3 of 8

In re **Billy Oliver Turnbow,**
**Cynthia Lee Turnbow**

Case No. **10-12940**

Debtors,

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **40,599.79** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   Billy Oliver Turnbow,
        Cynthia Lee Turnbow
                                                            ,
                                Debtors

Case No. __10-12940__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4 1 13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Miscellaneous Cash on Hand | C.C.P. § 703.140(b)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Umpqua Bank Checking Account | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| Umpqua Business Checking | C.C.P. § 703.140(b)(5) | 700.00 | 700.00 |
| **Household Goods and Furnishings** | | | |
| Plasma TV | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Miscellaneous Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 4,000.00 | 4,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous Books, Pictures and Other Art Objects | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| Miscellaneous CD's and DVD's | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Miscellaneous Wearing Apparel | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous Jewelry | C.C.P. § 703.140(b)(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Miscellaneous sports equipment | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| Work camera | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Interests in Insurance Policies** | | | |
| Husband's term life insurance policy | C.C.P. § 703.140(b)(7) | 0.00 | 0.00 |
| **Stock and Interests in Businesses** | | | |
| The Co-Debtor is a realtor who works out of Coldwell Banker, Brokers of the Valley. The business has little or no tradename and goodwill value as it is not the co-debtor's trade name. There are no current accounts receivable; however, the co-debtor has three escrows currently open. The debtor believes that one of these escrows will close with a commission in the approximate amount of $13,600. However, a portion of this escrow is for post-petition work. It is unclear whether either of the other two escrows will, in fact, close. The debtor's best estimate of value of these escrows, given the likelihood of closing, and portion of post petition work is scheduled here. | C.C.P. § 703.140(b)(5) | 14,600.00 | 14,600.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re **Billy Oliver Turnbow,**
**Cynthia Lee Turnbow**

Case No. **10-12940**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Leased 2005 Chevy Tahoe ($16,455.00 vehicle value per Kelly Blue Book, debtors owe $12,976.21 on the lease) | C.C.P. § 703.140(b)(2) | 3,525.00 | 3,478.79 |
| 25' Pontoon Boat and Trailers | C.C.P. § 703.140(b)(5) | 5,130.00 | 10,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Miscellaneous business equipment including copiers, etc. | C.C.P. § 703.140(b)(6)<br>C.C.P. § 703.140(b)(5) | 700.00<br>100.00 | 800.00 |
| Misc. Office Equipment, Computer, Furniture, & Supplies used in co-debtor's business. | C.C.P. § 703.140(b)(6) | 1,500.00 | 1,500.00 |
| **Animals** | | | |
| 1 Poodle & 1 Chihuahua | C.C.P. § 703.140(b)(3) | 1.00 | 1.00 |
| | Total: | 35,776.00 | 40,599.79 |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re: **Billy Oliver Turnbow**
**Cynthia Lee Turnbow**
Debtor(s)

Case No. **10-12940**
Chapter **7**

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __6__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 16th, 2010**   Signature _/s/ Billy Oliver Turnbow_
Billy Oliver Turnbow
Debtor

Date **August 16, 2010**   Signature _/s/ Cynthia Turnbow_
Cynthia Lee Turnbow
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

LAW OFFICE OF CHRISTOPHER G. METZGER
Christopher G. Metzger, Bar No. 138543
Dustin E. Owens, Bar No. 244173
707 K Street, Eureka, CA 95501
(707) 441-1185; Fax No. (707) 441-8470
Attorneys for: Debtors

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

---

IN RE:  CASE NO. 10-12940

BILLY OLIVER TURNBOW
CYNTHIA LEE TURNBOW,  CHAPTER 7

DEBTOR.

---

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and am employed in Humboldt County; I am over the age of 18 years and am not a party to the within action. My business address is 707 "K" Street, Eureka, California 95501. On this date, August 18, 2010, I served a true and correct copy of the within; SCHEDULE B - PERSONAL PROPERTY - AMENDED; SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED; AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES; by placing in the U.S. mail, first-class, postage pre-paid to the person listed below at the address set forth below:

Timothy W. Hoffman, PO Box 1761, Sebastopol, CA 95473

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2010, at Eureka, California.

_____
Linda Howell

1

CERTIFICATE OF SERVICE